# HEARING MINUTES

Cause No:       4:22-cv-3223

Style:          Bullock v. Myres et al.

Hearing Type:   Injunction Hearing

**Appearances:**

| Counsel | Representing |
|---|---|
| Michel Todd Slobin, Dorian Vandenberg-Rodes | Joan R.M. Bullock |
| Leif A. Olson, Scott Marrs, B. Bagley | Albert H. Myres, Marc C. Carter, Pamela A. Medina, James M. Benham, Caroline Baker Hurley, Stephanie D. Nellons-Paige, Ron J. Price, Marilyn A. Rose, Mary Evans Sias, Lillian B. Poats, Yolanda N. Edmond, Lesia L. Crumpton-Young |

Date: November 2, 2022  
Time: 1:44 p.m.—6:25 p.m.

Court reporter: Heather Alcaraz  
Law Clerk: P. Cragg

At the hearing, the following rulings were made as stated on the record:

The Court held an injunction hearing to discuss Plaintiff's motion for a preliminary injunction ("PI"). (Dkt. 1).

The Court heard testimony from the following witnesses:
- Dr. Lillian Poats
- Dr. Kendall Harris
- Dr. David Yen
- Joan Bullock

Plaintiff's motion was taken under advisement.