IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS -
HOUSTON DIVISION

| | |
|---|---|
| JOAN R. M. BULLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOARD OF REGENTS OF TEXAS SOUTHERN UNIVERSITY, ALBERT H. MYRES, MARC C. CARTER, PAMELA A. MEDINA, JAMES M. BENHAM, CAROLINE BAKER HURLEY, STEPHANIE D. NELLONS-PAIGE, RON J. PRICE, MARILYN A. ROSE, MARY EVANS SIAS, all in their individual and official capacities; LILLIAN B. POATS, individually and in her official capacity as Acting Provost of Texas Southern University; YOLANDA N. EDMOND, individually and in her official capacity as Senior Associate Vice President for Human Resources; and LESIA L. CRUMPTON-YOUNG, individually and in her official capacity of President of Texas Southern University, and TEXAS SOUTHERN UNIVERSITY,<br><br>    Defendants. | CIVIL ACTION NO. 4:22-cv-03223<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF SETTLEMENT**

The Parties report that all matters in controversy between them have been settled, in principle. The Parties anticipate obtaining the necessary approvals and preparing a written settlement agreement within the next 45 days. The Parties therefore request 45 days to file the appropriate dismissal papers.

Respectfully submitted,

**SHELLIST | LAZARZ | SLOBIN LLP**

*/s/ Dorian Vandenberg-Rodes*
TODD SLOBIN
State Bar No. 24002953
tslobin@eeoc.net
DORIAN VANDENBERG-RODES
State Bar No. 24088573
drodes@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile:  (713) 621-0993

**ATTORNEYS FOR PLAINTIFF JOAN BULLOCK**

/s/ *Drew L. Harris*
**Drew L. Harris**
Special Counsel for Employment Law
S.D. Tex. Bar No. 1114798
State Bar No. 24057887
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
drew.harris@oag.texas.gov

(512) 463-2120

**ATTORNEYS FOR DEFENDANTS**

### Certificate of Service

I certify that on June 9, 2023, this joint notice was served on all counsel of record by electronic filing.

*/s/ Drew L. Harris*
**DREW L. HARRIS**